IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| MARTINA ARCENEAUX | § | |
| --- | --- | --- |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-904 |
| | § | |
| CITY OF HOUSTON | § | |
| *Defendant.* | § | |

## TRIAL EXHIBIT LIST OF PLAINTIFF

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
| --- | --- | --- | --- | --- | --- |
| 1 | Job Applications (ARC01108-18) | | | | |
| 2 | OIG Complaint 6/15/18 (COH_Arceneaux 001167) | | | | |
| 3 | Cross Training Agreement 11/12/19 (COH_Arceneaux 000981) | | | | |
| 4 | Foley Email 1/16/20 (COH_Arceneaux 000025) | | | | |
| 5 | Foley Email 3/5/20 (COH_Arceneaux 000078) | | | | |
| 6 | Work Assignments Chart (ARC00164-208) | | | | |
| 7 | Foley Email 1/16/20 (COH_Arceneaux 000024) | | | | |
| 8 | Activity Reports (ARC00212-235) | | | | |
| 9 | Foley Email 1/13/20 (COH_Arceneaux 000023) | | | | |
| 10 | Foley Email 2/11/20 (COH_Arceneaux 000047) | | | | |
| 11 | Foley Email 2/20/20 (COH_Arceneaux 000052) | | | | |
| 12 | Foley Email 2/23/20 (COH_Arceneaux 000058) | | | | |
| 13 | Arceneaux Application 22582 (ARC00015-21) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | Arceneaux Application 22280 (COH_Arceneaux 001072-76)) | | | | | |
| 15 | Arceneaux Application 23425 (ARC00029-36) | | | | | |
| 16 | Arceneaux Application 24146 (ARC00037-44) | | | | | |
| 17 | Arceneaux Application 24659 (ARC00045-51) | | | | | |
| 18 | Arceneaux Application 24616 (ARC01136-43) | | | | | |
| 19 | Arceneaux Application 25036 (ARC01148-55) | | | | | |
| 20 | Arceneaux Application 28079 (ARC01161-68) | | | | | |
| 21 | Arceneaux Application 26788 (ARC01188-95) | | | | | |
| 22 | Defendant's Interrogatory Responses | | | | | |
| 23 | Position Statement (COH_Arceneaux 000402-05) | | | | | |
| 24 | Grievance 5/13/20 (COH_Arceneaux 000551-59) | | | | | |
| 25 | Hardge Application 22582 (COH_Arceneaux 001086-93) | | | | | |
| 26 | Interview Notes 22582 (COH_Arceneaux 000990-998; 1094-1102) | | | | | |
| 27 | Foley Email 3/5/20 (COH_Arceneaux000070) | | | | | |
| 28 | Cross Training Agreement 3/3/20 (COH_Arceneaux 000560) | | | | | |
| 29 | 22582 Referral Form and Rank Sheet (COH_Arceneaux 001083-84) | | | | | |
| 30 | ECRP Complaint 3/23/20 (COH_Arceneaux 000515-19) | | | | | |
| 31 | OIG Complaint 4/3/20 (COH_Arceneaux 000976) | | | | | |
| 32 | Position Referral and Interview Notes 23164 (COH_Arceneaux 001009-22) | | | | | |
| 33 | Texts with Clarence Johnson (COH_Arceneaux 000441) | | | | | |

| 34 | EEOC Charges (COH_Arceneaux 000387-398; 000450-52) | | | | |
|----|---|---|---|---|---|
| 35 | Field Supervisor 22280 Job Posting (COH_Arceneaux 001294-97) | | | | |
| 36 | Erie Levels Application 22280 (COH_Arceneaux 001052-55) | | | | |
| 37 | Arceneaux Payroll Record (COH_Arceneaux 001230) | | | | |
| 38 | July 21, 2024 Promotion (ARC01221) | | | | |

Respectfully submitted,

November 19, 2024

*/s/ Sara Richey*
Sara Richey
11777 Katy Freeway, Suite 335
Houston, TX 77079
Tel. (713) 636-9931
sara@thericheylawfirm.com

3