IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MARTINA ARCENEAUX**<br>*Plaintiff,*<br><br>v.<br><br>**CITY OF HOUSTON**<br>*Defendant.* | §<br>§<br>§<br>§  CIVIL ACTION NO. 4:23-cv-904<br>§<br>§<br>§<br>§ |

## TRIAL WITNESS LIST OF PLAINTIFF

| No. | Witness Name | Witness Address |
|---|---|---|
| 1. | Martina Arceneaux | 11777 Katy Freeway, Suite 335<br>Houston TX 77079 |
| | ☑ Live ☐ Deposition<br>☑ Fact    ☐ Expert    ☐ Record Custodian<br>*Brief description of witness capacity and testimonial topics:*<br>Plaintiff. | |
| 2. | Marcus Hardge | 6707 Ezzard Charles Lane<br>Houston, TX 77091 |
| | ☑ Live ☐ Deposition<br>☑ Fact    ☐ Expert    ☐ Record Custodian<br>*Brief description of witness capacity and testimonial topics:*<br>He was Plaintiff's coworker. He can testify to the factual allegations of Plaintiff's claims. He can testify to Plaintiff's job duties and performance, his own experience and qualifications for the supervisor positions, which supervisor positions he applied for and was awarded, and his pay as a Field Supervisor. | |
| 3. | Joseph Pierre | Unknown by Plaintff |
| | ☑ Live ☐ Deposition<br>☑ Fact    ☐ Expert    ☐ Record Custodian<br>*Brief description of witness capacity and testimonial topics:* | |

|   |   |   |
|---|---|---|
|   | He was Plaintiff's supervisor and can testify to the factual allegations of Plaintiff's claims. He can testify to Plaintiff's job duties and performance and the discrimination and retaliation against Plaintiff. | |
| 4. |   |   |
|   | ☐ Live ☐ Deposition<br>☐ Fact   ☐ Expert   ☐ Record Custodian<br>*Brief description of witness capacity and testimonial topics:* | |
| 5. |   |   |
|   | ☐ Live ☐ Deposition<br>☐ Fact   ☐ Expert   ☐ Record Custodian<br>*Brief description of witness capacity and testimonial topics:* | |

Respectfully submitted,

November 19, 2024

/s/ Sara Richey
Sara Richey
11777 Katy Freeway, Suite 335
Houston, TX 77079
Tel. (713) 636-9931
sara@thericheylawfirm.com