IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARTINA ARCENEAUX<br>*Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-904 |
| CITY OF HOUSTON<br>*Defendant.* | § § § | |

### PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS

1) Does anyone know the attorneys, parties, witnesses or a family member of any of these?

    a. Sara Richey, Attorney for Plaintiff

    b. Martina Arceneaux, Plaintiff

    c. Lucy Chukwurah, Attorney for City of Houston

2) Has anyone ever worked for the City of Houston?

    a. If so, in what capacity?

    b. If so, because of that experience, do you feel that you bring some expertise in deciding this case that some of the other jurors may not have?

3) Does anyone have a close family member or friend who has ever worked for the City of Houston?

    a. If so, in what capacity?

Exhibit F

    b. If so, because of that experience, do you feel that you bring some expertise in deciding this case that some of the other jurors may not have?

    c. Is there anything about that relationship that would impact your ability to be a fair and impartial juror in this case?

4) Have you or someone close to you ever claimed to have suffered discrimination in the workplace?

5) Have you ever filed a complaint with the Equal Employment Opportunity Commission or the Texas Commission on Human Rights?

6) Do you believe gender discrimination exists in the workplace?

7) Do you believe men are inherently better supervisors than women?

8) Do you believe a woman should not be working in a job that requires you to get your hands dirty?

9) Has anyone here ever been accused of discrimination, retaliation or harassment, whether on your own time or at work?

    a. How did it make you feel?

    b. Did you feel that you were wrongly accused of discrimination or harassment?

    c. Were you angry at the person who complained?

10)    Does anyone feel that there a simply too many lawsuits?

    a. Too many lawsuits against companies in general?

    b. Too many lawsuits filed by employees against employers?

    c. Too many discrimination lawsuits?

11) Have you ever served on a jury before?

12) Have you ever served as a juror in a criminal case?

13) Do you understand that in a civil case a plaintiff only has the burden of proving its case by a preponderance of the evidence, whereas in a criminal case the burden of proof is to prove the case beyond a reasonable doubt?

14) Does anyone here feel that the fact that this case is brought against a governmental entity will impact your ability to be a fair juror?

15) Does anyone have a religious, moral, or philosophical opposition to awarding damages against a governmental entity if the evidence warrants a finding of damages?

16) Who is your favorite President in history and why?

Respectfully submitted,

By: /s/Sara Richey
Sara Richey
11777 Katy Freeway, Suite 335
Houston, TX 77079
Phone: (713) 636-9931
Email: sara@thericheylawfirm.com