**Outlook**

**Re: City of Houston's Offer in Judgment - Arceneaux No. 4:23-CV-00904**

| | |
|---|---|
| From | Sara Richey <sara@thericheylawfirm.com> |
| Date | Wed 2/5/2025 4:39 PM |
| To | Chukwurah, Lucy – LGL <Lucy.Chukwurah@houstontx.gov> |
| Cc | Sanders, Karen – LGL <Karen.Sanders@houstontx.gov> |

[This message came from outside the City of Houston email system. Please be careful while clicking links, opening attachments, or replying to this email.]

My client accepts the offer of judgment.

On Jan 23, 2025, at 12:03 PM, Chukwurah, Lucy - LGL <Lucy.Chukwurah@houstontx.gov> wrote:

Hello, thank you for your continued engagement in trying to drive this matter to a resolution. The City's final offer on this matter is $49,500. In that regard, please see the attached Offer in Judgment pursuant to Rule 68.

Thank you,
Lucy,

**N. Lucy Chukwurah**
Senior Assistant City Attorney
Labor, Employment & Civil Service Section
City of Houston Legal Department
900 Bagby, 3rd Floor
Houston, Texas 77002
Lucy.Chukwurah@houstontx.gov
832.393.6309 (Office)
832.393.6259 (Fax)

The information contained above or attached is privileged and/or confidential. If you received this data in error, please notify me, destroy all copies immediately and do not copy or distribute the information.

<DEFENDANT'S RULE 68 OFFER OF JUDGMENT 01232025.pdf>